UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASWINDER SINGH PABLA,

                Plaintiff,

v.

US CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

                Defendants.

CASE NO. 2:18-cv-01660-BAT

**ORDER GRANTING UNITED STATES' MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants seek a stay of proceedings commensurate with the duration of the lapse in appropriations for the United States Department of Justice. Dkt. 10. Plaintiff is not opposed to the motion. *Id.*, p. 2. The Court, having reviewed the motion, hereby **ORDERS**:

Defendants' motion (Dkt. 10) is **GRANTED**. All pending deadlines, including the trial date, are **STAYED** and current deadlines are **EXTENDED** commensurate with the duration of the lapse in appropriations. Defendants shall notify the Court when appropriations have been received.

DATED this 24th day of January, 2018.

                                          BRIAN A. TSUCHIDA
                                          Chief United States Magistrate Judge

- 1